UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

January 27, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

                Plaintiff,

        v.

JOSE ANTONIO PENA-ALVARADO,

                Defendant.

Case No.  2:25-cr-00278-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

        This is to authorize and direct you to release  JOSE ANTONIO PENA-ALVARADO ,

Case No.  2:25-cr-00278-TLN , Charge 18 USC § 1326(a) and (b)(1), from custody for

the following reasons:

_____    Release on Personal Recognizance

_____    Bail Posted in the Sum of $ _____

    X    Unsecured Appearance Bond $  50,000.00

_____    Appearance Bond with 10% Deposit

_____    Appearance Bond with Surety

_____    Corporate Surety Bail Bond

_____    (Other): _____

_____    Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on January 27, 2026, at 2:30 PM.

By: _____

        Magistrate Judge Allison Claire