HEATHER E. WILLIAMS, Bar No. 122664
Federal Defender
MEGHAN D. MCLOUGHLIN, Bar No. 354051
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JOSE ANTONIO PENA ALVARADO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE ANTONIO PENA ALVARADO,<br>Defendant. | CASE NO. 2:25-CR-00278-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 29, 2026<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 29, 2026.

2. By this stipulation, defendant now moves to continue the status conference until December 10, 2026, at 9:30 a.m., and to exclude time between October 29, 2026, and December 10, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and the defendant's immigration record totaling hundreds of pages of documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Mr. Pena Alvarado's criminal case is one of several pending matters, including the present case, an immigration petition and appeal regarding an asylum claim, and a civil habeas case, all while Mr. Pena-Alvarado continues to be detained in immigration custody. These matters are still pending, and the procedural posture makes proceeding with a guilty plea or trial more complicated than other cases, and defense counsel requires additional time to investigate these pending matters and for them to otherwise resolve.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 29, 2026 to December 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///

///

///

///

///

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: October 21, 2026

*<u>/s/ Meghan D. McLoughlin</u>*
MEGHAN D. McLOUGHLIN
Assistant Federal Defender
Attorney for Defendant
JOSE ANTONIO PENA ALVARADO

Dated: October 21, 2026

/s/ *J. DOUGLAS HARMAN*
J. DOUGLAS HARMAN
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 21st day, October 2026.

Troy L. Nunley
Chief United States District Judge